Calvin TABOR'S EXECUTOR, Movant, v. PRUDENTIAL INSUR-
ANCE COMPANY OF AMERICA, Opposed.

Court of Appeals of Kentucky.

Oct. 3, 1939.

Charles Ferguson for movant.

R. M. Shelbourne, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

J. D. TRIPLETT, Movant, v. D. M. COOPER, Opposed.

Court of Appeals of Kentucky.

Oct. 6, 1939.

Allen P. Dodd and H. L. James, Jr., for movant.

Faurest & Faurest, opposed.

PER CURIAM.

Appeal denied; judgment affirmed,

Inman TURNER, Movant, v. COMMONWEALTH of Kentucky,
Opposed.

Court of Appeals of Kentucky.

Oct. 6, 1939.

O. B. Bertram for movant.

Hubert Meredith, Attorney General, and W. Owen Keller, Assist-
ant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.